1  GREENBERG TRAURIG, LLP
   FRANK E. MERIDETH (SBN 46266)
2  WENDY M. MANTELL (SBN 225544)
   2450 Colorado Avenue, Suite 400E
3  Santa Monica, California  90404
   Telephone: (310) 586-7700
4  Facsimile: (310) 586-7800
   meridethf@gtlaw.com, mantellw@gtlaw.com
5
   Attorneys for Plaintiff
6  Truckee Precision, Inc.

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12  TRUCKEE PRECISION, INC., a Nevada     CASE NO. CV-001458-DFL (KJM)
    Corporation
13                                        STIPULATION FOR FILING OF
                    Plaintiff,            AMENDED COMPLAINT
14
15  vs.

16  SIERRA NEVADA GAMING, INC., a
    California Corporation
17
                    Defendant.
18

19

20

21

22

23

24

25

26

27

28

LA-FS1\MantellW\360129v01\76134.010100

1    IT IS HEREBY STIPULATED by and between the parties hereto through their respective

2  counsel of record that Plaintiff may file an Amended Complaint to correct the name of Plaintiff, a copy

3  of which is attached hereto as Exhibit A.

4    IT IS FURTHER STIPULATED that the Defendant waives notice and service of the Amended

5  Complaint and shall not be required to answer the amendment, and that all denials, responses and

6

7  affirmative defenses contained in the answer filed by defendant to the original Complaint shall be

8  responsive to the Amended Complaint.

9

10

11 DATED:  September 16, 2005

12

13

14 By /s/ Wendy M. Mantell_____        BY /s/ Peter Cuttitta_____
   GREENBERG TRAURIG, LLP              PORTER SIMON
15 Frank E. Merideth                   Peter Cuttitta
   Wendy M. Mantell                    James E. Simon
16

17 Attorneys for Plaintiff             Attorneys for Defendant
   TRUCKEE PRECISION, INC.             SIERRA NEVADA GAMING, INC.

18

19

20 **IT IS SO ORDERED.**

21 **THE FIRST AMENDED COMPLAINT ATTACHED HERETO AS EXHIBIT A IS DEEMED
   FILED AND SERVED.**

22

23 **/s/ David F. Levi_____**
   **HONORABLE DAVID F. LEVI**
24 **UNITED STATES DISTRICT COURT JUDGE**

25

26

27

28

STIPULATION TO FILE AMENDED COMPLAINT