Laura Portillo (NV Bar No. 7139)
BRINKMAN PORTILLO, PC
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV  89123
Telephone: (800) 446-6801
Facsimile: (702) 920-8753

Daren R. Brinkman (CA Bar No. 158698)
Laura Portillo (CA Bar No.186813)
BRINKMAN PORTILLO, PC
4333 Park Terrace Dr., Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMETRIX CORPORATION, a Nevada Corporation,<br><br>             Plaintiff<br><br>V.<br><br>SIERRA NEVADA GAMING, INC.,<br><br>             Defendant | Case No. 05-cv-01458-DFL-KJM<br><br>**STIPULATION AND ORDER SUBSTITUTING PARTY**<br><br>[no hearing required] |

**TO THE HONORABLE DAVID F. LEVI, UNITED STATES DISTRICT COURT JUDGE**

The Chapter 7 Trustee in the matter of Prometrix Corporation ("Plaintiff" or "Debtor"), Jeri Coppa-Knudson ("Trustee"), and Defendant Sierra Nevada Gaming, Inc. ("Defendant"), through their respective attorneys of record (collectively, the "Parties"), stipulate and agree as follows:

///

1

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS:**

1. On or about September 16, 2005 (the "Petition Date"), a petition for relief was filed by the Plaintiff under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On or about December 5, 2005, the case was thereafter converted to a chapter 7 liquidation proceeding. Consequently, the chapter 7 Trustee now has the power to administer the property of the estate including the prosecution of existing litigation. 11 U.S.C. §§ 323(a), (b), 704; Bankruptcy Rule 6009; *In re Consolidated Pioneer Mortg. Entities*, 248 B.R. 368, 382-83 (B.A.P. 9th Cir. 2000).

3. On or about December 6, 2005, Jeri Coppa-Knudson was appointed as Chapter 7 Trustee for the Debtor's estate.

4. On or about January 27, 2006, Brinkman Portillo, PC ("BP") was employed as Special Counsel to Chapter 7 Trustee.

**STIPULATION**

**NOW, THEREFORE**, the Parties hereto stipulate and agree that:

1. PROMETRIX CORPORATION is no longer a party to this action by reason of a transfer of its interest in the matter, by operation of law, through the conversion of the above mentioned case into a chapter 7 liquidation proceeding.

2. THE CHAPTER 7 TRUSTEE, JERI COPPA-KNUDSON, is substituted as a party to this action in place of the party identified in paragraph 1.

///
///
///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

3. BP is counsel of record for the plaintiff in the above captioned proceeding.

Dated: 3/7/06                              BRINKMAN PORTILLO, PC

                                           By: /s/ Laura J. Portillo
                                           Laura J. Portillo
                                           Special Counsel for Jeri Coppa-Knudson
                                           Chapter 7 Trustee


Dated: 3/7/06                              By: /s/ Peter H. Cuttitta
                                           Peter H. Cuttitta
                                           Attorney for the Defendant


Counsel for Plaintiff has a copy of the original signatures.

**ORDER**

**IT IS SO ORDERED.**

DATED: 3/10/2006

_____
DAVID F. LEVI
United States District Judge

3

PDF created with pdfFactory trial version www.pdffactory.com